UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-24143-CIV-MORENO**

RAC INSURANCE PARTNERS, LLC,

    Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DENYING MOTION TO STAY

THIS CAUSE came before the Court upon Defendant's Motion to Stay **(D.E. No. 26)**, filed on **March 31, 2011**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record