UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CLARENDON NATIONAL INSURANCE      :
COMPANY,                                        :     Case No. 10-CV-7993

                         Plaintiff,          :

                                         :     **NOTICE OF REMOVAL**

               - against -         :

                                         :

RAC INSURANCE PARTNERS, LLC,       :
LUIS ALVAREZ AND ENRIQUE CUADRA,   :

                                         :

                     Defendants.       :

------------------------------------------------------------ x

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

Defendants RAC Insurance Partners, LLC ("RAC Insurance"), Luis Alvarez ("Alvarez")

and Enrique Cuadra ("Cuadra") (collectively "Defendants"), by and through their

undersigned attorneys, file this notice of removal of the case entitled *Clarendon National*

*Insurance Company v. RAC Insurance Partners, LLC, Luis Alvarez and Enrique Quadra*

(sic), Index No. 651429/10 from the Supreme Court of the State of New York, County of

New York to the United States District Court for the Southern District of New York,[1] on

the following grounds:

      1.     This Court has original diversity jurisdiction over this action as provided

in 28 U.S.C. § 1332(a) and (c) because the citizenship of all proper parties is diverse and

Plaintiff Clarendon National Insurance Company ("Clarendon") seeks damages which

exceed the sum or value of $75,000, exclusive of interest and costs.  Defendants are thus

---

[1]     By filing this Notice of Removal, Defendants do not waive, and specifically reserve, all of their
rights with respect to this action, including, but not limited to, Defendants' right to challenge service,
jurisdiction and venue.

entitled to remove this action to the District Court in accordance with 28 U.S.C. § 1441(a).

2.   Plaintiff filed the Complaint in this action in the Supreme Court of the State of New York, County of New York, on September 1, 2010. (A true and correct copy of the Complaint with exhibits is attached hereto as Exhibit 1.)

3.   On September 22, 2010, a copy of the summons and complaint was delivered via hand to RAC Insurance and to Alvarez and Cuadra individually.

4.   This notice of removal is being filed within thirty days of notice of the complaint and within one year of the commencement of this action. Accordingly, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5.   Based upon the allegations in its complaint Clarendon is incorporated in the State of New Jersey, with its principal place of business in the City, County and State of New York. (Complaint ¶ 1).

6.   Defendant RAC Insurance is a limited liability company, with a principal place of business in Florida, where it is licensed to do business as an insurance agent. (Complaint ¶ 2).

7.   Defendant Alvarez is a natural person and a Florida resident. (Complaint ¶ 3).

8.   Defendant Cuadra, who Plaintiff mistakenly identifies as "Quadra" in its case caption, is a natural person and a Florida resident. (Complaint ¶ 3).

9.   Defendants Alvarez and Cuadra are principal shareholders of RAC Insurance. (Complaint ¶ 3).

10.   No Defendants are aliens for purposes of 28 U.S.C. § 1332(a)(2).

11.   This Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because this action is between citizens of different states.

12.   Clarendon brings this action alleging Defendants are in breach of a 2004 general agency agreement, among other claims, for failing to return a purportedly adjusted ceding commission resulting from a loss incident in the 2004-2005 agreement year.

13.   The damages Clarendon seeks in its Complaint exceed $500,000. Thus, the jurisdictional amount in controversy requirements of 28 U.S.C. § 1332(a) are met and the amount in controversy supports removal in this case.

14.   Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this notice of removal with the Clerk of the Supreme Court of the State of New York, County of New York and will serve a copy of same on Plaintiff's counsel.

Dated: New York, New York
       October 20, 2010

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _Kara F. Headley_
    Kara F. Headley
1633 Broadway
New York, New York 10019
(212) 506-1700
(212) 506-1800 (fax)
kheadley@kasowitz.com

3

Of Counsel:

Marcos Daniel Jimenez
(mjimenez@kasowitz.com)
Ann M. St. Peter-Griffith
(astpetergriffith@kasowitz.com)
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
The Four Seasons Tower
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
(305) 377-1666
(305) 377-1664 (fax)

Attorneys for Defendants
RAC Insurance Partners, LLC,
Luis Alvarez and Enrique Quadra