**Clarendon National Ins. Co. / RAC Insurance Partners, LLC**
**Non-Standard Automobile Reinsurance Program**

Contract: Non-Standard Automobile Quota Share Reins. Agreement
Aon Re Ref. No.: AR 15277

### Annual Ceding Commission Adjustment as of 4/30/09

| Treaty Period | Adj. No. | Valuation Date | 100% Basis Amount due CNIC / (Reinsurers) | Retained by CNIC | Ceded by Reinsurer - Due From Clarendon to Reinsurers | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Alea NA | Odyssey Re | Arch Re | PFG/Redland | Total Ceded |
| 4/29/03 - 4/30/04 | 4th | 4/30/09 | ($169,489.27) | ($25,934.72) | ($67,394.40) | ($29,655.77) | ($46,504.37) | $0.00 | ($143,554.55) |
| 5/1/04 - 4/30/05 | 3rd | 4/30/09 | ($376,623.03) | ($136,560.77) | ($127,533.07) | ($52,513.62) | ($60,015.56) | $0.00 | ($240,062.26) |
| 5/1/05 - 4/30/06 | 2nd | 4/30/09 | ($186,298.79) | ($204,481.88) | ($6,549.72) | $24,732.81 | $0.00 | $0.00 | $18,183.09 |
| 5/1/05 - 4/30/06 | 1st | 4/30/09 | $53,535.31 | $53,535.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | | | ($678,875.78) | ($313,442.06) | ($201,477.20) | ($57,436.59) | ($106,519.94) | $0.00 | ($365,433.72) |

| Treaty Period | Adj. No. | Valuation Date | 100% Basis Amount due CNIC / (Reinsurers) | Retained by CNIC | Ceded by Reinsurer - Due From RAC | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Alea NA | Odyssey Re | Arch Re | PFG/Redland | Total Ceded |
| 4/29/03 - 4/30/04 | 4th | 4/30/09 | ($138,902.68) | ($25,934.72) | ($43,499.00) | ($27,309.91) | ($42,159.04) | $0.00 | ($112,967.96) |
| 5/1/04 - 4/30/05 | 3rd | 4/30/09 | ($308,775.27) | ($136,560.77) | ($59,685.31) | ($52,513.62) | ($60,015.56) | $0.00 | ($172,214.50) |
| 5/1/05 - 4/30/06 | 2nd | 4/30/09 | ($179,749.07) | ($204,481.88) | $0.00 | $24,732.81 | $0.00 | $0.00 | $24,732.81 |
| 5/1/05 - 4/30/06 | 1st | 4/30/09 | $53,535.31 | $53,535.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | | | ($573,891.71) | ($313,442.06) | ($103,184.32) | ($55,090.73) | ($102,174.61) | $0.00 | ($260,449.65) |

($104,984.07)

*Aon Re Inc.*

Clarendon National Ins. Co. / RAC Insurance Partners, LLC
Non-Standard Automobile Reinsurance Program

Contract: Non-Standard Automobile Quota Share Reins. Agreement
Aon Re Ref. No.: AR 15277
Treaty Period: 4/29/03 through 4/30/04

**4th Annual Ceding Commission Adj. valued as of 4-30-09**

| | | 100% Basis | |
|---|---|---|---|
| 1) Unearned Premium beg. of TTY | $0.00 | | |
| 2) Net Written Premium: | 6,169,617.84 | | |
| 3) Unearned Premium end of TTY | $0.00 | | |
| 4) Net Earned Premium: | $6,169,617.84 | | |
| 5) less: Joint Account Cat. Prem. | $187,500.00 | FACULTATIVE Ceded | |
| 6) Net Earned Premium for Comm. Calc. | $5,982,117.84 | | |
| 7) Loss - Paid (Net of Salvage and Subro) | $2,754,391.23 | 46.04% | (% of #6) |
| 8) Loss Expense - Paid (ex Claims Admin) | $536,234.90 | 8.96% | (% of #6) |
| 9) Loss - Reserve | $40,555.02 | 0.68% | (% of #6) |
| 10) Loss Expense - Reserve (ex Claims Admin) | $41,861.25 | 0.70% | (% of #6) |
| 11) Claims Admin Fee Paid @ 8% of NEP (#4) | $493,569.43 | 8.25% | (% of #6) |
| 12) Incurred Loss & Loss Exp. | $3,866,611.83 | 64.64% | (% of #6) |
| | Calculated @ 100% | | |
| 16) Adjusted Comm - Scale A (50% Alea & Arch) | $751,577.62 | 24.36% | (% of #4) |
| 17) Adjusted Comm - Scale B (30% Odyssey & Arch) | $497,218.70 | 26.86% | (% of #4) |
| 18) Adjusted Comm - Scale C (20% CNIC) | $325,309.52 | 26.36% | (% of #4) |
| 19) Amount Previously Billed - Scale A | $835,820.62 | | |
| 20) Amount Previously Billed - Scale B | $556,530.25 | | |
| 21) Amount Previously Billed - Scale CNIC | $351,244.24 | | |
| 22) Amount due to / (from) CNIC - Scale A | ($84,243.00) | (16 less 19) | |
| 23) Amount due to / (from) CNIC - Scale B | ($59,311.55) | (17 less 20) | |
| 24) Amount due to / (from) CNIC - CNIC | ($25,934.72) | (18 less 21) | |
| | ($169,489.27) | | |

| | by Party |
|---|---|
| Due from Alea NA at 40% of #22 | ($67,394.40) |
| Due from Odyssey Re NA at 15% of #23 | ($29,655.77) |
| Due from Arch Re NA at 10% of #22 & 15% of #23 | ($46,504.37) |
| Due from CNIC at 20% of #24 | ($25,934.72) |
| Total Due at 100% | ($169,489.27) |

**03/04 Commission Scale A (Alea 40% & Arch 10%)**

| | Commission | Slide | Loss/Loss Expense Ratio |
|---|---|---|---|
| Max | 31.00% | | 52.00% |
| | 25.00% | 0.5 : 1.0 | 64.00% |
| Min & Prov | 23.00% | 1.0 : 1.0 | 66.00% |

**03/04 Commission Scale B (Odyssey 15% & Arch 15%)**

| | Commission | Slide | Loss/Loss Expense Ratio |
|---|---|---|---|
| Max | 36.00% | | 53.50% |
| | 30.00% | .75 : 1.0 | 61.50% |
| Min & Prov | 21.50% | 1.0 : 1.0 | 70.00% |

**03/04 Commission Scale CNIC (CNIC 20%)**

| | Commission | Slide | Loss/Loss Expense Ratio |
|---|---|---|---|
| Max | 35.00% | | 48.00% |
| | 27.00% | .5 : 1.0 | 64.00% |
| Min & Prov | 24.00% | 1.0 : 1.0 | 67.00% |

Note: All figures based on RACs records through 4/30/09

**Payment Details**

| | Receipts | | Scale A | Payments Scale B | Total | Received by CNIC Unpaid to RAC |
|---|---|---|---|---|---|---|
| | Scale A | Scale B | | | | |
| ALEA | (93,539.82) | (83,989.86) | 69,644.42 | 81,644.00 | 69,644.42 | (23,895.40) |
| Odyssey | | (74,600.04) | 30,775.28 | 72,254.18 | 81,644.00 | (2,345.86) |
| Arch | (32,774.75) | | 100,419.70 | 153,898.18 | 103,029.46 | (4,345.33) |
| CN Scale C | | | | | 55,102.58 | - |
| Total | (126,314.57) | (158,589.90) | | | 309,420.46 | (30,586.59) |

| | | Scale A | | |
|---|---|---|---|---|
| 10/14/2005 | Wire | 92,242.91 | | |
| 11/29/2005 | CK421020003 | 30,551.61 | | |
| 11/30/2006 | CK421024856 | 39,092.81 | | |
| 07/26/2006 | Wire | 86,041.81 | | |
| 06/27/2006 | Wire | 25,421.62 | | |
| 09/20/07 | CK421028119 | 36,069.70 | | |

Aon Re Inc.

**Clarendon National Ins. Co. / RAC Insurance Partners, LLC**
**Non-Standard Automobile Reinsurance Program**

Contract: Non-Standard Automobile Quota Share Reins. Agreement
Aon Re Ref. No.: AR 15277
Treaty Period: 5/1/04 through 4/30/05

### 3rd Annual Ceding Commission Adj. valued as of 4-30-09

| | | 100% of 80% Ceded ** | | | 100% of 20% Clarendon *** | |
|---|---|---|---|---|---|---|
| 1) | Unearned Premium beg. of TTY | $0.00 | | | $0.00 | |
| 2) | Net Written Premium: | 14,045,761.16 | | | 2,809,152.23 | |
| 3) | Unearned Premium end of TTY | $0.00 | | | $0.00 | |
| 4) | Net Earned Premium: | $14,045,761.16 | | | $2,809,152.23 | |
| 5) | less: Joint Account Cat. Prem. | $102,240.00 | FACULTATIVE Ceded | | $20,448.00 | FACULTATIVE Ceded |
| 6) | Net Earned Premium for Comm. Calc. | $13,943,521.16 | | | $2,788,704.23 | |
| 7) | Loss - Paid (Net of Salvage and Subro) | $6,208,630.27 | 44.53% | (% of #6) | $2,241,726.05 | 80.39% | (% of #6) |
| 8) | Loss Expense - Paid (ex Claims Admin) | $1,417,599.03 | 10.17% | (% of #6) | $283,519.81 | 10.17% | (% of #6) |
| 9) | Loss - Reserve | $68,091.27 | 0.49% | (% of #6) | $13,618.25 | 0.49% | (% of #6) |
| 10) | Loss Expense - Reserve (ex Claims Admin) | $63,109.79 | 0.45% | (% of #6) | $12,621.96 | 0.45% | (% of #6) |
| 11) | Claims Admin Fee Paid @ 8% of NEP (#4) | $1,123,660.89 | 8.06% | (% of #6) | $224,732.18 | 8.06% | (% of #6) |
| 12) | Incurred Loss & Loss Exp. | $8,881,091.25 | 63.69% | (% of #6) | $2,776,218.25 | 99.55% | (% of #6) |
| 13) | Adusted Comm - (see Scale below) | $2,910,657.14 | 25.90% | (% of #4) | $667,173.66 | 23.75% | (% of #4) |
| 14) | Amount Previously Paid | 3,150,719.39 | 22.43% | (% of #4) | $803,734.43 | 28.61% | (% of #4) |
| 15) | Amount due to / (from) CNIC | ($240,062.26) | (13 less 14) | | ($136,560.77) | (13 less 14) | |

| | | | | | | Received by CNIC |
| --- | --- | --- | --- | --- | --- | --- |
| | by Party | | Payment Details | Receipts | Payments | Unpaid to RAC |
| Due from **Alea NA** at 42.5% | ($127,533.07) | | ALEA | ($225,973.57) | 158,125.81 | (67,847.76) |
| Due from **Odyssey Re** at 17.5% | ($52,513.62) | | Odyssey | ($119,490.56) | 119,490.56 | - |
| Due from **Arch Re NA** at 20.0% | ($60,015.56) | | Arch | ($136,560.64) | 136,560.64 | - |
| Due from **CNIC** at 20% | ($136,560.77) | | CN | | 136,560.77 | - |
| Total Due from all Parties | ($376,623.03) | | | ($482,024.77) | 550,737.78 | (67,847.76) |

| | | | | 11/30/2006 | CK421024856 | 158,125.81 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | 07/26/2006 | Wire | 139,522.77 |
| | 04/05 Commission Scale | | | | | |
| | Commission | Slide | Loss/Loss Expense Ratio | 06/27/2006 | Wire | 74,412.14 |
| Max | 32.75% | | 50.00% | 09/20/07 | CK421028119 | 178,677.32 |
| | 25.75% | 0.5 : 1.0 | 64.00% | | | |
| Min & Prov | 23.75% | 1.0 : 1.0 | 66.00% | | | |

Note: All figures based on RACs records through 4/30/09
** Claim paid for $1.3M - $300,000 Ceded to Reinsurers
*** Clarendon's share of 20% includes the non recoverable of $1M of the $1.3M paid on the Cuquejo Claim

Clarendon National Ins. Co. / RAC Insurance Partners, LLC
Non-Standard Automobile Reinsurance Program

Contract: Non-Standard Automobile Quota Share Reins. Agreement
Aon Re Ref. No.: AR 15277
Treaty Period: 5/1/05 through 4/30/06

**2nd Annual Ceding Commission Adj. valued as of 4-30-09**

| | 5/1/05-4/30/06 Full Year(Odyssey) 100% Basis | | 5/1/05-10/31/05 1st Half Alea 100% Basis | | 11/1/05-4/30/06 2nd Half W/O Alea 100% Basis | | 05/1/05-4/30/06 Clarendon 100% Basis | |
|---|---|---|---|---|---|---|---|---|
| 1) Unearned Premium beg. of TTY | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| 2) Net Written Premium | $19,996,380.72 | | 9,755,814.46 | | 10,240,566.26 | | 14,898,980.85 | |
| 3) Unearned Premium end of TTY | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| 4) Net Earned Premium | $19,996,380.72 | | $9,755,814.46 | | $10,240,566.26 | | $14,898,980.85 | |
| 5) less: Joint Account Cat. Prem. | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| 6) Net Earned Premium for Comm. Calc. | $19,996,380.72 | | $9,755,814.46 | | $10,240,566.26 | | $14,898,980.85 | |
| 7) Loss - Paid (Net of Salvage and Subro) | $9,084,555.78 | 45.43% (% of #6) | $4,766,202.70 | 48.85% (% of #6) | $4,318,353.08 | 42.17% (% of #6) | $6,674,122.90 | 44.80% (% of #6) |
| 8) Loss Expense - Paid (ex Claims Admin) | $1,129,669.74 | 5.65% (% of #6) | $632,930.10 | 6.49% (% of #6) | $496,739.64 | 4.85% (% of #6) | $818,528.18 | 5.49% (% of #6) |
| 9) Loss - Reserve | $182,489.57 | 0.91% (% of #6) | $91,540.99 | 0.94% (% of #6) | $90,948.58 | 0.89% (% of #6) | $135,259.47 | 0.91% (% of #6) |
| 10) Loss Expense - Reserve (ex Claims Admin) | $89,049.23 | 0.45% (% of #6) | $40,592.32 | 0.42% (% of #6) | $48,456.91 | 0.47% (% of #6) | $67,157.38 | 0.45% (% of #6) |
| 11) Claims Admin Fee Paid @ 8% of NEP (#4) | $1,599,710.46 | 8.00% (% of #6) | $780,465.16 | 8.00% (% of #6) | $819,245.30 | 8.00% (% of #6) | $1,191,918.47 | 8.00% (% of #6) |
| 12) Debit/(Credit) Carry Forward | - | 0.00% | $0.00 | 0.00% | $0.00 | 0.00% | 935,673.46 | 6.28% (% of #6) |
| 13) Incurred Loss & Loss Exp. | $12,085,474.78 | 60.44% (% of #6) | $6,311,731.27 | 64.70% (% of #6) | $5,773,743.51 | 56.38% (% of #6) | $9,822,659.86 | 65.93% (% of #6) |
| 14) Adusted Comm. - (see Scale below) | $659,955.46 | 28.28% (% of #4) | $718,593.78 | 26.00% (% of #4) | $3,072,169.88 | 30.00% (% of #4) | $3,873,735.02 | 26.00% (% of #4) |
| 15) Amount Previously Paid | $635,222.65 | 3.18% (% of #4) | $725,143.50 | 7.43% (% of #4) | $2,691,039.70 | 26.28% (% of #4) | $4,078,216.90 | 27.37% (% of #4) |
| 16) Amount due to / (from) CNIC | $24,732.81 (13 less 14) | | ($6,549.72) (13 less 14) | | $381,130.18 (13 less 14) | | ($204,481.88) (13 less 14) | |

| | by Party | Share | | by Party | Share | | by Party | Share | | by Party | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Due from Alea NA | ($6,549.72) | 28.33% | | ($6,549.72) | 28.33% of 1st 1/2 | | | | | | n/a |
| Due from Odyssey Re | $24,732.81 | 11.67% | | | | | | | | | n/a |
| Due from CNIC (60%, 1st 1/2 + 88.33% 2nd 1/2) | ($204,481.88) | | | | | | $0.00 | | | ($204,481.88) | |
| Total Due from all Parties | ($186,298.79) | | | ($6,549.72) | | | $0.00 | | | ($204,481.88) | |

**05/06 Commission Scale**

| | Commission | Slide | Loss/Loss Expense Ratio |
|---|---|---|---|
| Max | 30.00% | 0.5 : 1.0 | 57.00% |
| | 27.00% | 1.0 : 1.0 | 63.00% |
| Min & Prov | 26.00% | | 64.00% |

**Payment Details**

| | Receipts | Payments |
|---|---|---|
| ALEA | (6,549.72) | 28,492.47 |
| Odyssey | (28,492.47) | 204,481.88 |
| CN | | 232,974.35 |
| | (35,042.19) | 232,974.35 |

09/20/07  CK421028119

Note: All figures based on RACs records through 4/30/09

Aon Re Inc.

**Clarendon National Ins. Co. / RAC Insurance Partners, LLC**
**Non-Standard Automobile Reinsurance Program**

Contract: Non-Standard Automobile Quota Share Reins. Agreement
Aon Re Ref. No.: AR 15277
Treaty Period: 5/1/06 through 4/30/07

### 1st Annual Ceding Commission Adj. valued as of 4-30-09

| | | 100% Basis | | CNIC | | Redland | |
|---|---|---:|---|---:|---|---:|---|
| 1) | Unearned Premium beg. of TTY | $0.00 | | $0.00 | | $0.00 | |
| 2) | Net Written Premium: | 14,644,203.28 | | 14,644,203.28 | | - | |
| 3) | Unearned Premium end of TTY | $0.00 | | $0.00 | | $0.00 | |
| 4) | Net Earned Premium: | $14,644,203.28 | | $14,644,203.28 | | $0.00 | |
| 5) | less: Joint Account Cat. Prem. | $0.00 | | $0.00 | | $0.00 | |
| 6) | Net Earned Premium for Comm. Calc. | $14,644,203.28 | | $14,644,203.28 | | $0.00 | |
| 7) | Loss - Paid (Net of Salvage and Subro) | $6,736,349.14 | 46.00% (% of #6) | $6,736,349.14 | 46.00% (% of #6) | $0.00 | #DIV/0! (% of #6) |
| 8) | Loss Expense - Paid (ex Claims Admin) | $814,170.01 | 5.56% (% of #6) | $814,170.01 | 5.56% (% of #6) | $0.00 | #DIV/0! (% of #6) |
| 9) | Loss - Reserve | $188,363.64 | 1.29% (% of #6) | $188,363.64 | 1.29% (% of #6) | $0.00 | #DIV/0! (% of #6) |
| 10) | Loss Expense - Reserve (ex Claims Admin) | $67,488.31 | 0.46% (% of #6) | $67,488.31 | 0.46% (% of #6) | $0.00 | #DIV/0! (% of #6) |
| 11) | Claims Admin Fee Paid @ 8% of NEP (#4) | $1,171,536.26 | 8.00% (% of #6) | $1,171,536.26 | 8.00% (% of #6) | $0.00 | #DIV/0! (% of #6) |
| 12) | Debit/(Credit) Carry Forward | $287,312.12 | 1.96% (% of #6) | $287,312.12 | 1.96% (% of #6) | $0.00 | #DIV/0! (% of #6) |
| 13) | Incurred Loss & Loss Exp. | $9,265,219.48 | 63.27% (% of #6) | $9,265,219.48 | 63.27% (% of #6) | $0.00 | #DIV/0! (% of #6) |
| 14) | Adusted Comm - (see Scale below) | $3,914,563.48 | 26.73% (% of #4) | $3,914,563.48 | 26.73% (% of #4) | $0.00 | #DIV/0! (% of #4) |
| 15) | Amount Previously Paid | $3,807,492.85 | 26.00% (% of #4) | $3,807,492.85 | 26.00% (% of #4) | $0.00 | #DIV/0! (% of #4) |
| 16) | Amount due to / (from) CNIC | $107,070.62 | (13 less 14) | $107,070.62 | (13 less 14) | $0.00 | (13 less 14) |
| 17) | Amount due to / (from) CNIC after 50% Hold Back | $53,535.31 | (16 x 50%) | $53,535.31 | (16 x 50%) | $0.00 | (16 x 50%) |

| | by Party | by Party | by Party |
|---|---:|---:|---:|
| Due from Redland at 100% | $0.00 | | $0.00 |
| Due from CNIC at 100% | $53,535.31 | $53,535.31 | |
| Total Due from all Parties | **$53,535.31** | **$53,535.31** | **$0.00** |

### 05/06 Commission Scale

| | Commission | Slide | Loss/Loss Expense Ratio |
|---|---:|---:|---:|
| Max | 30.00% | | 57.00% |
| | 27.00% | 0.5 : 1.0 | 63.00% |
| Min & Prov | 26.00% | 1.0 : 1.0 | 64.00% |

Note: All figures based on RACs records through 4/30/09