REDACTED FOR PRIVILEGE

**From:** Lewis N. Jack [mailto:lnj@florida-attorneys.com]
**Sent:** Tuesday, January 15, 2008 5:28 PM
**To:** 'Scott Newman'; gregory@brownlawllp.com; amargulis@ropers.com
**Cc:** FRA
**Subject:** RE: Clarendon v RAC

Gentlemen:

I am advised today by plaintiff's counsel in a letter that they will provide me with the net settlement amount to be payable to the "Alfredo S. Cuquejo Jr. Special Needs Trust" in the next day or so.

This tells me they have decided not to use any portion of the settlement proceeds to purchase any annuities. Therefore, we will use a standard release that will not include the usual and necessary annuity language.

I will prepare and circulate a release for your review, as well as for review by defense counsel in the underlying litigation.

Lew

    -----Original Message-----
    **From:** Scott Newman [mailto:snewman@MARLOWCONNELL.COM]
    **Sent:** Tuesday, January 15, 2008 5:14 PM
    **To:** lnj@florida-attorneys.com; gregory@brownlawllp.com; amargulis@ropers.com
    **Cc:** fra@amglaw.net
    **Subject:** Clarendon v RAC

    Gentlemen - per our telephone conversations this afternoon, please allow this to confirm that Lexington will be paying its $2M policy limits into the trust account of Lew Jack, counsel for Clarendon, for ultimate distribution to the plaintiffs. As a result, Mr. Brown's client, Illinois Union, will be paying nothing toward the settlement and Mr. Margulis' client, Columbia Casualty, will pay

RAC-0000048

$9.2M into Mr. Jack's trust account. Clarendon's contribution will make up the balance of the $12.5M due the plaintiff but, in the end, Mr. Jack's office will be responsible for distributing the money to the plaintiffs. I am in the process of drafting a settlement document reflecting the agreement among our clients and that will be provided in the next 24-48 hours. I wanted to get the payment instructions verified so we could at least get a jump on that aspect of the agreement. Thank you and if anyone has any questions, please feel free to call.

Robert Scott Newman, Esquire
Marlow, Connell, Valerius, Abrams,
Adler, Newman & Lewis
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, Florida 33146
Tel.: (305) 460-6513
Fax: (305) 446-3667
Email: snewman@marlowconnell.com
Web: www.marlowconnell.com

The information in this e-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution, forwarding or the taking of any action in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

RAC-0000049