# Charlotte M. Fowler

**From:** Lewis N. Jack [lnj@florida-attorneys.com]
**Sent:** Tuesday, January 15, 2008 8:44 AM
**To:** Charlotte Fowler
**Subject:** FW: Clarendon v RAC

**Lewis N. Jack**

JOSEPHS JACK
lnj@florida-attorneys.com

2950 SW 27th Avenue
Suite 100
Miami, FL 33133

305-445-3800 Tel
305-448-5800 Fax

This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it immediately and notify us by e-mail of the error. Thank you.

---

**From:** Scott Newman [mailto:snewman@MARLOWCONNELL.COM]
**Sent:** Friday, January 11, 2008 3:08 PM
**To:** lnj@florida-attorneys.com; AMargulis@Ropers.com; Gregory Brown; fra@amglaw.net
**Subject:** Clarendon v RAC

Gentlemen - While a formal letter is being prepared, please accept this email in follow up to our earlier conversations. On behalf of Lexington, please allow this to confirm the resolution of the potential E&O claims by Clarendon, Columbia Casualty and Illinois Union against Lexington's insured, RAC Partners, LLC. In exchange for Lexington's agreement to pay its policy limits of $2-Million, Clarendon, Columbia Casualty and Illinois Union will execute a full release of all claims against RAC arising out of and/or related to the underlying Cuquejo v Olortegui matter. RAC is in the process of completing an affidavit attesting to the fact that it possessed no other coverage for these potential E&O claims and that will likely be in your hands by the end of business today. Payment instructions and details of the release will be worked out next week. It is our understanding, however, that the money will likely be forwarded to Mr. Jack's trust account for eventual distribution. I appreciate the courtesy and cooperation extended by each of you over the last few days. I will be in touch with all next week to obtain specific details pertinent to this agreement. In the meantime, if you have any questions, please do not hesitate to contact me.

Robert Scott Newman, Esquire
Marlow, Connell, Valerius, Abrams,
Adler, Newman & Lewis
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, Florida 33146
Tel.: (305) 460-6513
Fax: (305) 446-3667
Email: snewman@marlowconnell.com
Web: www.marlowconnell.com

The information in this e-mail message is legally privileged and confidential
information intended only for the use of the addressee(s) named above. If the