**REDACTED FOR PRIVILEGE**

**From:** Lewis N. Jack [mailto:lnj@florida-attorneys.com]
**Sent:** Friday, January 11, 2008 3:53 PM
**To:** 'Scott Newman'; AMargulis@Ropers.com; 'Gregory Brown'; FRA
**Subject:** RE: Clarendon v RAC

Scott:

Thanks. No questions here.

The release by Clarendon in favor of RAC should be limitied to this specific Cuquello case.

Lew

>-----Original Message-----
>**From:** Scott Newman [mailto:snewman@MARLOWCONNELL.COM]
>**Sent:** Friday, January 11, 2008 3:32 PM

**To:** lnj@florida-attorneys.com; AMargulis@Ropers.com; Gregory Brown; fra@amglaw.net
**Subject:** Clarendon v RAC

Gentlemen - per my earlier email and as requested, attached please find an affidavit from RAC attesting to the fact that there is no other available E&O coverage for this matter beyond the Lexington policy. The original is being mailed to my office and copies will be distributed next week.

Also, so there is no misunderstanding, Lexington will also have to be included in the release that will be circulated next week. Let me know if anyone has questions. Thank you.

Robert Scott Newman, Esquire
Marlow, Connell, Valerius, Abrams,
Adler, Newman & Lewis
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, Florida 33146
Tel.: (305) 460-6513
Fax: (305) 446-3667
Email: snewman@marlowconnell.com
Web: www.marlowconnell.com

The information in this e-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution, forwarding or the taking of any action in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.