UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-24143-CIV-MORENO**

RAC INSURANCE PARTNERS, LLC,

    Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE COMPANY,

    Defendant.
_____/

### ORDER DENYING MOTION TO STAY DISCOVERY AND ENLARGE THE DISCOVERY DEADLINE UNTIL 30 DAYS AFTER THE EXPIRATION OF THE STAY

THIS CAUSE came before the Court upon the parties' Joint Motion to Stay Discovery and Enlarge the Discovery Deadline Until 30 Days After the Expiration of the Stay **(D.E. No. 42)**, filed on **May 27, 2011**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of June, 2011.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record