UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-24143-CIV-MORENO

RAC INSURANCE PARTNERS, LLC,

    Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE COMPANY,

    Defendant.
_____/

### ORDER OF REFERRAL TO MAGISTRATE JUDGE BROWN REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the court upon Defendant's Motion for Summary Judgment **(D.E. No. 20)**, filed on **March 11, 2011**.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the United States District Court for the Southern District of Florida, the above-captioned action is referred to **United States Magistrate Judge Stephen T. Brown** to submit a Report and Recommendation to this Court on Defendant's Motion for Summary Judgment **(D.E. No. 20)**, filed on **March 11, 2011**. The Court notes that this Cause is currently scheduled for trial for the two-week period beginning on **November 7, 2011**.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of the assigned Magistrate Judge Stephen

T. Brown. An additional courtesy copy of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge Brown's Chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

U.S. Magistrate Judge Stephen T. Brown

Counsel of Record