UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-cv-24143 – MORENO/BROWN

RAC INSURANCE PARTNERS, LLC,

       Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE
COMPANY,

       Defendant.
_____/

## NOTICE OF NINETY DAYS EXPIRING

Plaintiff, RAC Insurance Partners, LLC ("RAC"), by and through undersigned counsel, pursuant to Local Rule 7.1(b)(3) for the United States District Court for the Southern District of Florida, states as follows:

1. On March 11, 2011, RAC filed and served Plaintiff's Motion For Summary Judgment And Incorporated Memorandum Of Law [D.E. 20].

3. On April 6, 2011, Defendant Clarendon National Insurance Company filed and served Defendant's Memorandum of Law In Opposition To Plaintiff's Motion For Summary Judgment [D.E. 28].

4. On April 19, 2011, RAC filed and served its Reply To Defendant's Opposition To Plaintiff's Motion For Summary Judgment [D.E. 36].

5. As of the date of this Notification, the Court has not scheduled a hearing in connection with RAC's Motion For Summary Judgment.

Dated this 18th day of July, 2011.

        Respectfully submitted,

        /s/ Ann M. St. Peter-Griffith
        MARCOS DANIEL JIMÉNEZ (FBN 441503)
        mjimenez@kasowitz.com
        ANN M. ST. PETER-GRIFFITH (FBN 0033154)
        astpetergriffith@kasowitz.com
        KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
        1441 Brickell Avenue, Suite 1420
        Miami, Florida 33131
        Telephone: (305) 377-1666
        Facsimile: (305) 377-1664

        *Attorneys for Plaintiff RAC Insurance Partners, LLC*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via ECF filing, on all counsel or parties of record on the Service List below.

/s/ Ann. M. St. Peter-Griffith
ANN M. ST. PETER-GRIFFITH

## SERVICE LIST

Blake S. Sando, Esq.
Blake.Sando@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5300
Facsimile:   (305) 373-2294

Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:   (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*