10-24143.not

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-24143-CIV-MORENO-BROWN

RAC INSURANCE PARTNERS, LLC

Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE
COMPANY

Defendant.
_____/

## NOTICE OF HEARING RE: MOTION FOR SUMMARY JUDGMENT

**This matter** is before this Court on Plaintiff's Motion for Summary Judgment... (D.E. 20). The Court has considered the motion, the response, the reply, and all pertinent materials in the file. The first issue that the Court wishes addressed - is why this Court shouldn't consider the "first filed" doctrine? Can this Court resolve the case before it without any consideration/evaluation of the General Agency Agreement or, conversely, can the NY Court resolve the case before it without any consideration/evaluation of the Settlement Agreement? Are these issues moot in light of D.E. 27?

What is the status of the case in NY? Given the present posture of this case, is it not possible that this Court could ultimately rule that the Settlement Agreement controls and the commission claims are barred, while the NY Court rules the opposite...or even visa versa? Shouldn't one Court - whether here or in NY decide this issue?

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the above motion has been set for hearing on **Thursday, August 18th, 2011, at**

1

2:00 P.M., at the United States District Court, 301 North Miami Ave., Miami, Florida, Tenth Floor. At least 24 hours prior to said hearing the parties are required to meet and confer in a good faith effort to resolve some, if not all, of the matters at issue herein.

(a) Thirty (30) minutes has been scheduled for this hearing. It is limited to the issues raised, supra, and is not on the substantive merits of the claim.

(b) All exhibits to be used at this hearing shall be pre-marked and made available to the opposing party at least 48 hours prior to the hearing.

(c) All caselaw to be argued at this hearing shall be submitted to opposing counsel (citations or copies of cases) at least 24 hours prior to the hearing, unless already contained in written memoranda previously filed in this case.

(d) No supplemental or additional memoranda or other forms of alleged "written aid" to the Court shall be permitted, without prior approval of the Court, other than demonstrative aids for use at the hearing.

(e) The parties shall immediately notify this Court of any settlement (of the case or the matters which are the subject of this hearing).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2d day of August 2011.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Federico A. Moreno
Counsel of record