UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-cv-24143 – MORENO/BROWN

RAC INSURANCE PARTNERS, LLC,

    Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT MOTION TO ADJOURN SUMMARY JUDGMENT HEARING

Defendant, CLARENDON NATIONAL INSURANCE COMPANY ("Clarendon") and Plaintiff, RAC INSURANCE PARTNERS, LLC ("RAC"), by and through their undersigned counsel, hereby file this Joint Motion to Adjourn the Summary Judgment hearing scheduled for August 18, 2011 in light of the pending settlement negotiations between the parties.

On August 3, 2011, U.S. Magistrate Judge Brown issued his order setting a hearing on Plaintiff's Summary Judgment Motion for August 18, 2011 ("Hearing Scheduling Order") (D.E. 48), and identifying specific issues that the Court wanted to address at the hearing. Pursuant to the Hearing Scheduling Order, the parties are providing notice to the Court that they have essentially resolved this case. The parties are only awaiting party signatures on a final settlement document, the terms of which the parties have agreed upon in principle.

In an effort to avoid further expenditure of Court resources and party resources, the parties jointly request that this Court adjourn its hearing on Plaintiff's Summary Judgment Motion scheduled for August 18, 2011 at least until on or after August 25, 2011. The parties will alert the Court as soon as the settlement is finalized with a signed settlement agreement, which

the parties anticipate should occur well before August 25, 2011.

**WHEREFORE,** the Parties respectfully request that this Court issue an order adjourning the Hearing on Plaintiff's Motion for Summary Judgment until on or after August 25, 2011.

Dated this 17th day of August, 2011.

          Respectfully submitted,

          /s/ Ann M. St. Peter-Griffith
          ANN M. ST. PETER-GRIFFITH (FBN 0033154)
          astpetergriffith@kasowitz.com
          MARCOS DANIEL JIMÉNEZ (FBN 441503)
          mjimenez@kasowitz.com
          KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
          1441 Brickell Avenue, Suite 1420
          Miami, Florida 33131
          Telephone: (305) 377-1666
          Facsimile: (305) 377-1664

          *Attorneys for Plaintiff RAC Insurance Partners, LLC*

          /s/ Blake S. Sando
          Blake S. Sando, Esq.
          Blake.Sando@csklegal.com
          COLE, SCOTT & KISSANE, P.A.
          9150 S. Dadeland Boulevard, Suite 1400
          Miami, FL 33156
          Telephone:   (305) 350-5300
          Facsimile:   (305) 373-2294

/s/ Adam H. Russ
Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone: (212) 430-6040
Facsimile: (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served via ECF filing and U.S. Mail on all counsel or parties of record on the Service List below.

/s/ Ann. M. St. Peter-Griffith
ANN M. ST. PETER-GRIFFITH

**SERVICE LIST**

Blake S. Sando, Esq.
Blake.Sando@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5300
Facsimile:   (305) 373-2294

Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:   (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*