10-24143.or1

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-24143-CIV-MORENO-BROWN

RAC INSURANCE PARTNERS, LLC

Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE COMPANY

Defendant.
_____/

## ORDER RE: JOINT MOTION TO ADJOURN SUMMARY JUDGMENT HEARING

**This matter** is before this Court on Joint Motion to Adjourn Summary Judgment Hearing (D.E. 50). The Court has considered the motion and all pertinent materials in the file.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**. However, the hearing is rest for **Thursday, August 25, 2011 at 3:30 P.M.** All materials in the original notice are applicable to the new date. If submissions are filed before then indicating a change in the case status, the hearing may be canceled.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of August 2011.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Federico A. Moreno
    Counsel of record

1