UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-cv-24143 – MORENO/BROWN

RAC INSURANCE PARTNERS, LLC,

    Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RAC INSURANCE PARTNERS, LLC, and Defendant, CLARENDON NATIONAL INSURANCE COMPANY, by and through their undersigned counsel, hereby provide notice to the Court that the parties have entered into and executed a settlement agreement resolving this case. The parties anticipate filing their joint stipulation of dismissal of this case once all of the conditions precedent for doing so under terms of the settlement agreement have occurred.

Dated: August 18, 2011

    Respectfully submitted,

    /s/ Ann M. St. Peter-Griffith
    ANN M. ST. PETER-GRIFFITH (FBN 0033154)
    astpetergriffith@kasowitz.com
    MARCOS DANIEL JIMÉNEZ (FBN 441503)
    mjimenez@kasowitz.com
    KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
    1441 Brickell Avenue, Suite 1420
    Miami, Florida 33131

Telephone: (305) 377-1666
Facsimile: (305) 377-1664

*Attorneys for Plaintiff RAC Insurance Partners, LLC*


/s/ Blake S. Sando
Blake S. Sando, Esq.
Blake.Sando@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5300
Facsimile:    (305) 373-2294

/s/ Adam H. Russ
Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:    (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 18, 2011 a true and correct copy of the foregoing was served via ECF filing and U.S. Mail on all counsel or parties of record on the Service List below.

/s/ Ann M. St. Peter-Griffith
ANN M. ST. PETER-GRIFFITH

## SERVICE LIST

Blake S. Sando, Esq.
Blake.Sando@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5300
Facsimile:   (305) 373-2294

Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:   (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*