UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-cv-24143 – MORENO/BROWN

RAC INSURANCE PARTNERS, LLC,

       Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE
COMPANY,

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant, CLARENDON NATIONAL INSURANCE COMPANY ("Clarendon") and Plaintiff, RAC INSURANCE PARTNERS, LLC ("RAC"), by and through their undersigned counsel, hereby stipulate to the dismissal of this case with prejudice and without the assessment of attorneys' fees or costs to either party.

Dated this 22nd day of August, 2011.

Respectfully submitted,

/s/ Ann M. St. Peter-Griffith
MARCOS DANIEL JIMÉNEZ (FBN 441503)
mjimenez@kasowitz.com
ANN M. ST. PETER-GRIFFITH (FBN 0033154)
astpetergriffith@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (305) 377-1666
Facsimile: (305) 377-1664

*Attorneys for Plaintiff RAC Insurance Partners, LLC*

/s/ Blake S. Sando
Blake S. Sando, Esq.
Blake.Sando@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5300
Facsimile:    (305) 373-2294

/s/ Adam H. Russ
Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:    (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via ECF filing, U.S. Mail and facsimile on all counsel or parties of record on the Service List below.

/s/ Ann. M. St. Peter-Griffith
ANN M. ST. PETER-GRIFFITH

## SERVICE LIST

Blake S. Sando, Esq.
Blake.Sando@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5300
Facsimile:   (305) 373-2294

Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:   (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*