UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-cv-24143 – MORENO/BROWN

RAC INSURANCE PARTNERS, LLC,

       Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE
COMPANY,

       Defendant.
_____/

**DEFENDANT'S NOTICES OF ENDORSEMENT FOR COUNSEL FOR DEFENDANTS**

Pursuant to the CM/ECF Administrative Procedures, I, Blake S. Sando, hereby certify that my original signature was placed on the following document [D.E. 53], which was electronically filed on August 22, 2011:

  XX   Stipulation of Dismissal

Dated: August 23, 2011

                  Respectfully submitted,

                  /s/ Blake S. Sando
                  Blake S. Sando, Esq.
                  Blake.Sando@csklegal.com
                  COLE, SCOTT & KISSANE, P.A.
                  9150 S. Dadeland Boulevard, Suite 1400
                  Miami, FL 33156
                  Telephone: (305) 350-5300
                  Facsimile: (305) 373-2294

                  *Attorneys for Defendant Clarendon National Insurance Company*

Pursuant to the CM/ECF Administrative Procedures, I, Adam H. Russ, hereby certify that my original signature was placed on the following document [D.E. 53], which was electronically filed on August 22, 2011:

  XX    Stipulation of Dismissal

Dated:  August 23, 2011

/s/ Adam H. Russ
Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:    (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 23, 2011 a true and correct copy of the foregoing was served via ECF filing on all counsel or parties of record on the Service List below.

/s/ Adam H. Russ
Adam H. Russ

## SERVICE LIST

Ann M. St. Peter-Griffith (FBN 0033154)
astpetergriffith@kasowitz.com
Marcos Daniel Jimenez (FBN 441503)
mjimenez@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (305) 377-1666
Facsimile: (305) 377-1664

*Attorneys for Plaintiff RAC Insurance Partners, LLC*