UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-cv-24143 – MORENO/BROWN

RAC INSURANCE PARTNERS, LLC,

        Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE
COMPANY,

        Defendant.
_____/

## NOTICE OF ENDORSEMENT FOR COUNSEL FOR PLAINTIFF

Pursuant to the CM/ECF Administrative Procedures, I, Ann M. St. Peter-Griffith, hereby certify that my original signature was placed on the following document [D.E. 53], which was electronically filed on August 22, 2011:

    XX    Stipulation of Dismissal

On behalf of Plaintiff, RAC Insurance Partners, LLC.

Dated this 23rd day of August, 2011.

        Respectfully submitted,

        /s/ Ann M. St. Peter-Griffith
        MARCOS DANIEL JIMÉNEZ (FBN 441503)
        mjimenez@kasowitz.com
        ANN M. ST. PETER-GRIFFITH (FBN 0033154)
        astpetergriffith@kasowitz.com
        KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
        1441 Brickell Avenue, Suite 1420
        Miami, Florida 33131
        Telephone: (305) 377-1666
        Facsimile: (305) 377-1664

        *Attorneys for Plaintiff RAC Insurance Partners, LLC*

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served on August 23, 2011 via ECF filing on all counsel or parties of record on the Service List below.

/s/ Ann M. St. Peter-Griffith
ANN M. ST. PETER-GRIFFITH

**SERVICE LIST**

Blake S. Sando, Esq.
Blake.Sando@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5300
Facsimile:   (305) 373-2294

Adam H. Russ, Esq.
adam@wassruss.com
WASSER & RUSS, LLP
80 Maiden Lane, Suite 1502
New York, NY 10038
Telephone:   (212) 430-6040
Facsimile:   (212) 430-6041

*Attorneys for Defendant Clarendon National Insurance Company*